Brian H. Kim  (State Bar No. 215492)
James P. Keenley (State Bar No. 253106)
BOLT KEENLEY KIM LLP
1010 Grayson Street, Suite Three
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN HALL,<br><br>           Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION SHORT-TERM DISABILITY PLAN,<br><br>           Defendant. | Case No.:  3:14-cv-4851 EDL<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE** |

   Following the settlement of this matter, Plaintiff Mark Proctor and Defendants Aetna Life Insurance Company and IKON Office Solutions, Inc. Long Term Disability Plan, by and through their respective counsel of record, hereby stipulate that this action shall be dismissed with prejudice, each party to bear its own costs, expenses, and attorneys' fees.

   IT IS SO STIPULATED.

///

Case No.: 3:14-cv-4851 EDL       1       **STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE**

Dated: April 22, 2015

                                            BOLT KEENLEY KIM LLP

By: /s/ Brian H. Kim
     Brian H. Kim
     Attorneys for Plaintiff

Dated: April 22, 2015                       GORDON & REES LLP

By: /s/ Tino X. Do
     Tino X. Do
     Attorneys for Defendant

## [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE

Having reviewed the stipulation of the parties and good cause showing, the Court hereby GRANTS the parties stipulation and hereby ORDERS that this action, Case No. 3:14-cv-4851 EDL is dismissed in its entirety as to all defendants, with prejudice, and with reach party to bear its own fees, costs, and expenses in this matter.

IT IS SO ORDERED.

Dated: _____                  _____
                                                                  Hon. Elizabeth D. Laporte
                                                                  United States Magistrate Judge